HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL L. McDONALD, GEORGE BOSILJEVAC, WILLIS NORTON, and CHARLES COLE, IN THEIR RESPECTIVE CAPACITIES AS TRUSTEES OF THE INTERMOUNTAIN IRONWORKERS PENSION TRUST FUND, INTERMOUNTAIN IRONWORKERS HEALTH & WELFARE TRUST FUND, INTERMOUNTAIN IRONWORKERS TAX DEFERRAL PLAN, IRONWORKERS APPRENTICESHIP AND JOURNEYMAN TRAINING FUND, IRONWORKERS MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST (IMPACT), and LOCAL UNION NO. 732 OF THE INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL, AND REINFORCING IRONWORKERS, <br><br>             Plaintiffs, <br><br>       v. <br><br> SEATTLE STUD WELDING, INC., a Washington corporation; CHRIS JENSEN and CHRISTINE JENSEN, <br><br>             Defendants. | Case No. MC08-5012RBL <br><br> ORDER |

ORDER
Page - 1

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motions for Order on Supplemental Proceedings. [Dkt. #1, 3] This case is referred to Magistrate Judge J. Kelley Arnold pursuant to MJR 9(i), Local Rules W.D. Wash.

**IT IS SO ORDERED.**

Dated this 3rd day of June, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE